IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASMINE WHITE,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3852

Opinion filed September 14, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Jasmine White, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.